UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARGILL INCORPORATED, OCEAN TRANSPORTATION                                   Plaintiff,<br><br>-v-<br><br>TRIORIENT LLC<br><br>                                                                                     Defendant. | Case No. 20 Civ. 10058<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>CARGILL INCORPORATED, OCEAN TRANSPORTATION</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** December 1, 2020

_____
**Signature of Attorney**

**Attorney Bar Code:** _____