UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

CARGILL INCORPORATED,
OCEAN TRANSPORTATION,                                    **20 Civ. 10058 (PKC)**

              Petitioner,

                                       <u>DEFAULT JUDGMENT</u>

    -against-

TRIORIENT LLC,

              Respondent.
-----------------------------------------------------X

    This action having been commenced by the filing of the Petition and issuance of the Summons on December 2, 2020 and December 3, 2020, respectively, and the Summons and Petition having been personally served on the Respondent, TRIORIENT LLC, on December 12, 2020, and proof of service having been filed on December 31, 2020, and default having been entered on February 3, 2020, and the Respondent not having answered the Petition, and the time for answering the Petition having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the Petitioner has a judgment against defendant in the liquidated amount of $1,492,717.47, plus costs and disbursements of this action in the amount of $500.00, for a total of $1,493,217.47, plus interest at 9% per annum.

Dated:      New York, New York
             April 15, 2021

                                                 P. Kevin Castel, U.S.D.J.